# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 17, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

158408(72)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

*In re* ROBERT E. WHITTON REVOCABLE
TRUST.

_____

MOLLY MICHALUK,
       Petitioner-Appellant,

v

EDDIE WHITTON and RICHARD WHITTON,
Successor Trustees of the ROBERT E. WHITTON
REVOCABLE TRUST,
       Respondents-Appellees.

_____/

SC: 158408
COA: 337828
Oakland PC: 2016-372116-TV

      On January 8, 2020, the Court heard oral argument on the application for leave to appeal the August 9, 2018 judgment of the Court of Appeals. On order of the Court, the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 17, 2020



b0108

Clerk